[No. 10513–2–I. Division One. December 21, 1983.]

BARGREEN COFFEE & RESTAURANT EQUIPMENT COMPANY OF SEATTLE, INC., *Appellant*, v. EUGENE MCGOVERN, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 56522, Byron L. Swedberg, J., entered June 29, 1981. *Affirmed* by unpublished opinion per

Williams, J., concurred in by Andersen, C.J., and Callow, J.